pany. No opinion. Order unanimously affirmed by default, with costs.

SAND, Appellant, v. WHITE et al., Respondents. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Frances H. Sand against Stephen V. White and another. J. W. Osborne, for appellant. S. V. White and B. N. Cardozo, for respondents. No opinion. Judgment and orders affirmed, with costs. Order filed.

SANDER, Respondent, v. MORRIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Joseph B. Sander against George W. Morris and others. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., not sitting.

In re SANDERS. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Benjamin Sanders, deceased. No opinion, motion denied, on terms stated in order. Order filed.

SANFORD, Respondent, v. RHOADS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Henry G. Sanford, as administrator, etc., of Robert Sanford, deceased, against Benjamin T. Rhoads, Jr., and others. No opinion. Order affirmed, with $10 costs and disbursements. See 99 N. Y. Supp. 407.

SCHECHTMASTER, Respondent, v. FRINDEL, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Morris Schechtmaster, an infant, etc., against Benjamin Frindel. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

SCHEY, Respondent, v. SCHEY et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Martha W. Schey against Bertha Schey and others. E. H. Rosenstock, for appellants. M. J. Stroock, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHERL, Respondent, v. FLAM, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Harry Scherl against Herman L. Flam, individually, etc. No opinion. Motion denied.

SCHILLER, Appellant, v. WILNAU, Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Julius Schiller against Simon Wilnau, as executor, etc. No opinion. Motion granted.

In re SCHINZEL. (Supreme Court, Appellate Division, First Department. July 8, 1908.) In the matter of George H. Schinzel deceased. No opinion. Order affirmed, without costs. Order filed.

SCHLEGEL et al., Appellants, v. ROMAN CATHOLIC CHURCH OF THE MOST HOLY TRINITY, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Joseph Schlegel and others against the Roman Catholic Church of the Most Holy Trinity. PER CURIAM. Order affirmed, with $10 costs and disbursements. JENKS, J., dissents.

SCHLESSINGER, Appellant, v. WEBER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Henry W. Schlessinger against Charles Weber and others. J. G. Engel, for appellant. J. Gans, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SCHNEIDER, Respondent, v. RATNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Leiser Schneider against Louis Ratner. No opinion. Judgment and order affirmed, with costs.

SCHNEIDER et al., Respondents, v. DAVID, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Jacob Schneider and another against Jerome J. David. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHWALENBERG et al., Appellants, v. DUNN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Louisa Schwalenberg and others against Margaret M. Dunn and others. No opinion. Motion granted.

SCHWEID, Appellant, v. BANTEL, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Bernard Schweid against George Bantel. No opinion. Judgment affirmed, with costs.

SEARLES, Respondent, v. CORCORAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Charles M. Searles against John Corcoran. No opinion. Judgment of the County Court of Nassau county unanimously affirmed with costs.

SEARLES, Respondent, v. CRAIG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1908.) Action by Mary Searles against William H. Craig and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

SEBRING et al., Respondents, v. BERNE-ALLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by James O. Sebring and another against Harriet A. Berne-Allen. No opinion. Motion for reargument denied, with $10 costs.